United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 19-10575-EPK
Douglas Donald Ashley                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9        User: perussoc        Page 1 of 2        Date Rcvd: Jan 16, 2019
                           Form ID: 309A          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
```
db          +Douglas Donald Ashley,    1600 NE Dixie Hwy,   Apt 5-208,   Jensen Beach, FL 34957-6336
94881814    +Allied Interstate,    3111 S. Dixie Highway,   Suite 101,   West Palm Beach, FL 33405-1520
94881819    +Cawley & Bergmann, LLP,    117 Kinderkamack Road,   Suite 201,   River Edge, NJ 07661-1916
94881822    +Client Services, Inc,    3451 Harry S Truman Boulevard,   Saint Charles, MO 63301-9816
94881823    +GC Services, Limited Partnership,    PO Box 3855,   Houston, TX 77253-3855
94881829    +Jason S. Dragutsky,    7765 S.W. 87 Avenue,   Suite 101,   Miami, FL 33173-2535
94881830    +MRS,   1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
94881831    #Nationwide Credit, Inc,    P.O. Box 26314,   Lehigh Valley, PA 18002-6314
94881832    +Northland Group Inc.,    P.O. Box 390905,   Minneapolis, MN 55439-0905
94881833    +Seterus Inc,   14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
94881834    +United Collection Bureau, Inc,    5620 Southwyck Blvd,   Suite 206,   Toledo, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: dana@kelleylawoffice.com Jan 17 2019 03:28:58    Dana L Kaplan,
             1665 Palm Beach Lakes Blvd #1000,    W Palm Beach, FL 33401
tr          +E-mail/Text: deborah.menotte@txitrustee.com Jan 17 2019 03:31:19    Deborah Menotte,
             POB 211087,   West Palm Beach, FL 33421-1087
smg          EDI: FLDEPREV.COM Jan 17 2019 07:58:00    Florida Department of Revenue,   POB 6668,
             Bankruptcy Division,   Ft Lauderdale, FL 32314-6668
ust         +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jan 17 2019 03:30:14    Office of the US Trustee,
             51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
94881816     EDI: ARSN.COM Jan 17 2019 07:58:00    ARS National Services, Inc,   P.O. Box 469100,
             Escondido, CA 92046-9100
94881815    +EDI: AMEREXPR.COM Jan 17 2019 07:58:00    Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
94881817     E-mail/Text: cms-bk@cms-collect.com Jan 17 2019 03:29:49    Capital Management, LP,
             698 1/2 south Ogden Street,   Buffalo, NY 14206-2317
94881818    +E-mail/Text: bankruptcy@cavps.com Jan 17 2019 03:30:58    Cavalry Portfolio Serv,
             500 Summit Lake Drive,   Valhalla, NY 10595-2322
94881820    +EDI: CHASE.COM Jan 17 2019 07:58:00    Chase Card,   P.o. Box 15298,
             Wilmington, DE 19850-5298
94881827     EDI: IRS.COM Jan 17 2019 07:58:00    Internal Revenue Service,   CCP-LU ACS Correspondence,
             PO Box 145566, Stop 813G CSC,   Cincinnati, OH 45250-5566
                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
94881821*    +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
94881824*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,   The Honorable Jeff Sessions,
             Atty General United States Dept Justice,   Tenth & Constitution,   Washington, DC 20530)
94881826*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,   c/o IRS District Counsel,
             Claude Pepper Federal Bldg,   51 S.W. 1st Ave., 11th Floor,   Miami, FL 33130)
94881825*    Internal Revenue Service,   Central Insolvency Operation,   P.O. Box 7346,
             Philadelphia, PA 19101-7346
94881828*    +Internal Revenue Service,   c/o Mrs. L. Landis,   1700 Palm Beach Lakes Blvd.,
             Suite 500, Stop 5450,   West Palm Beach, FL 33401-2013
                                                                        TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                      Signature:  /s/Joseph Speetjens

District/off: 113C-9          User: perussoc          Page 2 of 2          Date Rcvd: Jan 16, 2019
                             Form ID: 309A           Total Noticed: 21

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:
        Dana L Kaplan    on behalf of Debtor Douglas Donald Ashley dana@kelleylawoffice.com,
         tina@kelleylawoffice.com;craig@kelleylawoffice.com;cassandra@kelleylawoffice.com;kaplandr75945@no
         tify.bestcase.com;Debbie@kelleylawoffice.com
        Deborah  Menotte    menottetrustee@gmail.com,  ecf.alert+Menotte@titlexi.com
        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                      TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Douglas Donald Ashley** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1654** <br><br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br><br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Florida** | | Date case filed for chapter  **7**   **1/15/19** |
| Case number:   **19–10575–EPK** | | |

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.

| | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|
| **1. Debtor's Full Name** | Douglas Donald Ashley | | |
| **2. All Other Names Used in the Last 8 Years** | aka Douglas D Asheley, aka Douglas Ashley, aka Douglas Ashley D. | | |
| **3. Address** | 1600 NE Dixie Hwy <br> Apt 5–208 <br> Jensen Beach, FL 34957–4336 | | |
| **4. Debtor's Attorney** <br> (or Pro Se Debtor) <br> Name and Address | Dana L Kaplan <br> 1665 Palm Beach Lakes Blvd #1000 <br> W Palm Beach, FL 33401 | Contact Phone 561–491–1200 | |
| **5. Bankruptcy Trustee** <br> Name and Address | Deborah Menotte <br> POB 211087 <br> West Palm Beach, FL 33421 | Contact Phone (561) 795–9640 | |
| **6. Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg <br> 1515 N Flagler Dr #801 <br> West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m. <br> Contact Phone (561) 514–4100 | |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | **Note:** The clerk's office is closed on all legal holidays. <br><br><br> Clerk of Court: __Joseph Falzone__ <br> Dated: __1/16/19__ | |

For more information, see page 2 >

Debtor **Douglas Donald Ashley**                                   Case number **19–10575–EPK**

| | | |
|---|---|---|
| **7. ** MEETING OF CREDITORS ** | **February 20, 2019** at **09:00 AM** | **LOCATION:** |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401** |

| | |
|---|---|
| **8. Presumption of Abuse** | The presumption of abuse does not arise. |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| | | |
|---|---|---|
| **9. Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing Deadline:** 4/22/19 |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient.<br><br>A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | **You must file a complaint:**<br>if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion** if you assert that<br>the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |

| | |
|---|---|
| **10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. |

| | |
|---|---|
| **11. Proof of Claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. If this case is converted from chapter 13, under Local Rules 1019–1(E) and 3002–1(A) it has been designated as a no asset case at this time. |

| | |
|---|---|
| **12. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **13. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). |

| | |
|---|---|
| **14. Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |